

|  | 2600 Eagan Woods Dr, Suite 400 | 60 East 42nd Street, 46th Floor |
|---|---|---|
|  | St. Paul, MN 55121 | New York, NY 10165 |
|  | 651-406-9665 | 212-267-7342 |

**Defendant:** **Maintenx International Service Management Group, Inc.**
**Bankruptcy Case:** **Bed Bath & Beyond Inc.**
**Preference Period:** **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 653264 | 11/10/2022 | $422.17 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 656062 | 12/1/2022 | $298.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 652922 | 11/11/2022 | $2,302.89 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 652975 | 11/11/2022 | $293.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 653024 | 11/11/2022 | $345.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 653046 | 11/9/2022 | $324.19 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 653061 | 11/11/2022 | $499.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 653123 | 11/10/2022 | $273.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 653172 | 11/10/2022 | $261.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 653199 | 11/10/2022 | $344.29 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 653229 | 11/9/2022 | $312.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 653256 | 11/9/2022 | $440.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 652870 | 11/10/2022 | $375.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 653262 | 11/10/2022 | $384.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 652857 | 11/9/2022 | $375.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 653298 | 11/11/2022 | $371.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 653355 | 11/11/2022 | $273.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 653359 | 11/11/2022 | $241.13 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 653363 | 11/11/2022 | $296.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 653371 | 11/11/2022 | $311.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 653372 | 11/11/2022 | $181.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 653373 | 11/11/2022 | $324.81 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 653397 | 11/13/2022 | $422.92 |

**Transfers During Preference Period**

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 655025 | 12/2/2022 | $614.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 655126 | 12/2/2022 | $714.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 647487 | 10/14/2022 | $1,742.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 653259 | 11/11/2022 | $393.26 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 652126 | 11/9/2022 | $3,988.55 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 647792 | 11/2/2022 | $11,508.06 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 650161 | 11/3/2022 | $1,048.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 650198 | 11/2/2022 | $2,576.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 650224 | 11/3/2022 | $2,366.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 650574 | 11/3/2022 | $9,492.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 650601 | 11/2/2022 | $3,100.13 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 650752 | 11/3/2022 | $209.52 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 650831 | 11/3/2022 | $370.14 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 650883 | 11/2/2022 | $54,466.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 651082 | 11/8/2022 | $371.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 651093 | 11/8/2022 | $442.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 652885 | 11/11/2022 | $3,254.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 652125 | 11/9/2022 | $273.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 656064 | 12/1/2022 | $298.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 652127 | 11/9/2022 | $4,825.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 652266 | 11/6/2022 | $549.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 652505 | 11/10/2022 | $268.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 652599 | 11/14/2022 | $245.73 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 652615 | 11/11/2022 | $392.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 652628 | 11/11/2022 | $2,132.55 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 652708 | 11/14/2022 | $1,238.65 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 652725 | 11/11/2022 | $4,193.22 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 652731 | 11/11/2022 | $2,028.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 652737 | 11/11/2022 | $953.39 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 652793 | 11/11/2022 | $1,128.59 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112636 | $123,386.22 | 2/17/2023 | 651564 | 11/9/2022 | $449.69 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 661244 | 12/17/2022 | $365.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 656061 | 12/1/2022 | $495.81 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 658521 | 12/2/2022 | $350.78 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 658823 | 12/21/2022 | $237.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 659056 | 12/21/2022 | $714.65 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 659778 | 12/17/2022 | $350.06 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 659779 | 12/17/2022 | $189.30 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 660346 | 12/17/2022 | $273.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 660663 | 12/17/2022 | $6,256.73 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 660664 | 12/17/2022 | $997.13 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 660704 | 12/17/2022 | $2,025.07 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 660743 | 12/17/2022 | $342.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 658419 | 12/2/2022 | $324.77 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 661232 | 12/17/2022 | $273.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 658369 | 12/2/2022 | $546.89 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 661274 | 12/17/2022 | $3,880.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 661394 | 12/17/2022 | $227.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 661946 | 12/17/2022 | $293.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 661971 | 12/17/2022 | $2,099.41 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 661983 | 12/17/2022 | $1,076.13 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 662157 | 12/29/2022 | $3,915.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 662345 | 12/29/2022 | $1,680.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 662402 | 12/29/2022 | $4,041.47 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 663301 | 12/29/2022 | $3,758.89 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 663307 | 12/29/2022 | $522.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 663896 | 12/29/2022 | $583.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 660829 | 12/17/2022 | $367.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 657054 | 12/2/2022 | $317.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 656086 | 12/1/2022 | $705.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 656094 | 12/1/2022 | $725.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 656122 | 12/2/2022 | $181.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 656142 | 12/1/2022 | $237.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 656158 | 12/1/2022 | $285.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 656183 | 12/2/2022 | $181.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 656222 | 12/1/2022 | $285.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 656681 | 12/2/2022 | $201.52 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 656712 | 12/2/2022 | $585.65 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 656802 | 12/2/2022 | $204.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 656810 | 12/2/2022 | $651.39 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 658494 | 12/2/2022 | $381.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 657036 | 12/2/2022 | $349.07 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 664504 | 12/29/2022 | $181.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 657355 | 12/2/2022 | $2,094.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 657438 | 12/1/2022 | $304.24 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 657439 | 12/1/2022 | $285.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 657923 | 12/1/2022 | $1,880.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 657960 | 12/1/2022 | $163.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 658241 | 12/1/2022 | $274.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 658242 | 12/1/2022 | $204.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 658262 | 12/2/2022 | $541.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 658265 | 12/2/2022 | $449.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 658276 | 12/2/2022 | $675.93 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 658334 | 12/2/2022 | $338.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113112 | $51,242.39 | 3/10/2023 | 656841 | 12/2/2022 | $448.43 |

**Totals:** 2 transfer(s), $174,628.61